UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB M. BOSLEY, | No. 2:23-cv-3006 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| TRUCKEE POLICE DEPARTMENT, et al., | |
| Defendants. | |

    Plaintiff, a former county prisoner proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

    On May 21, 2024 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 6. Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed May 21, 2024, are adopted in full; and

1

2.  This case is dismissed as duplicative of another ongoing case in this court.

Dated:  June 25, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

bosl.800